```
          IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE DISTRICT OF PUERTO RICO

IN RE:                              *
                                          CASE NO. 10-05835
MANUEL DOMENECH RODRIGUEZ

                                          CHAPTER 13

debtors
_____*
```

MOTION TO SUBMIT DOCUMENT

TO THE HONORABLE COURT:

NOW COMES the above named debtor through the undersigned attorney and very respectfully submits the following document:

**RESOLUTION ISSUED IN CIVIL CASE #KDI2000-2183 DATED OCTOBER 8, 2010** RE: REVISION CHILD SUPPORT; PAYMENTS PAID BY SOCIAL SECURITY FOR BENEFIT OF MINOR CREDITED TO CHILD SUPPORT PAYMENTS; SUM TO BE PAID DIRECTLY BY DEBTOR TO ASUME FOR CHILD SUPPORT; ORDER THAT PAYMENTS BE MADE TO ASUME; AND THAT ANY INCOMPLIANCE WITH CHILD SUPPORT PAYMENTS AND RESOLUTION WILL BE CONSIDERED CONTEMPT OF COURT; **NO ARREARS OWED REGARDING CHILD SUPPORT PAYMENTS AS PER RESOLUTION ISSUED.**

WHEREFORE it is respectfully requested that this Honorable Court take notice of the aforestated.

2

I CERTIFY that a copy of this motion with the attachment has been sent by electronic mail to the Trustee Wigberto Lugo Mender, Esq., to Luis A. Melendez Albizu and by regular mail to creditors as per master address list.

In San Juan, Puerto Rico, this November 17, 2010.

/s/EMILY D DAVILA
WILLIAM DAVILA DE PEDRO
USDC-PR 128809
EMILY D. DAVILA
USDC-PR 214503
MIDTOWN SUITE 311
420 PONCE DE LEON
SAN JUAN, P.R.  00918
Tel.787 759-8090/FAX 759-9620

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| **Ruth E. Rodríguez Borges**<br>**DEMANDANTE**<br><br>VS<br><br>**Manuel A. Domenech Rodríguez**<br>**DEMANDADO** | **CIVIL NÚM. KDI2000-2183 (703)**<br><br><br><br>SOBRE: Divorcio (T.C.) |

# RESOLUCIÓN

Tras la correspondiente revisión y análisis del informe que rindió el Examinador de Pensiones Alimentarias, Lic. Luis A. Figueroa López, en torno a la vista sobre rebaja de pensión alimentaria celebrada el 30 de agosto de 2010, el Tribunal le imparte su aprobación y hace suyas las determinaciones de hechos y conclusiones de derecho incluidas en éste.

En consecuencia se declara con lugar la moción de rebaja de pensión alimentaria presentada por el Sr. Manuel A. Domenech Rodríguez el 22 de enero de 2010, y se le ordena a éste proveer, a partir del 30 de agosto de 2010, una pensión alimentaria provisional de $1,061.00 mensuales. En vista de que la menor recibe la cantidad de $849.00 a través de la Administración del Seguro Social, se le ordena al Sr. Domenech Rodríguez pagar la cantidad de $212.00 mensuales a la menor.

Se ordena al Sr. Domenech Rodríguez realizar el pago de la pensión alimentaria a través de la Administración para el Sustento de Menores (ASUME), por lo que deberá dirigirse a la oficina más cercana de la referida agencia para abrir una cuenta en los próximos siete (7) días laborables. El pago lo depositará en cualquier sucursal del Banco Popular mediante cheque certificado o giro postal a nombre de la ASUME, en los primeros cinco (5) días de cada mes. El Sr. Domenech Rodríguez indicará en el valor que deposite el número de caso de la ASUME, el nombre de las partes del caso y su número de seguro social.

Se le advierte a las partes que tienen el deber continuo de informar al Tribunal sobre cualquier cambio en su dirección residencial, cambios en las cubiertas de seguro médico o sobre cualquier cambio de empleo, señalando, en tal caso, el nombre, la dirección postal y el número de teléfono del nuevo

Civil Núm. KDI2000-2183 (701) 2

patrono. Las partes deberán informar cualquier cambio dentro de los diez (10) días de haber ocurrido el mismo.

Se le advierte al Sr. Domenech Rodríguez que el incumplimiento con cualquiera de los pagos que debe hacer por concepto de la pensión alimentaria provisional aquí fijada, se considerará desacato a las órdenes del Tribunal y, que a petición de la parte demandante, el Tribunal podrá declararlo incurso en desacato y ordenar su arresto, sin más citarle ni oírle.

Se toma conocimiento de que la vista para establecer la pensión alimentaria permanente fue señalada para el 20 de diciembre de 2010 a las 9:00 a.m. en la Oficina 713.

Se toma conocimiento de que el 1 de noviembre de 2010, la Sra. Rodríguez Borges le tomará al Sr. Domenech Rodríguez una deposición. El Sr. Domenech Rodríguez Domenech Rodríguez acudirá a las 10:00 a.m. a la oficina del licenciado Meléndez Albizu.

NOTIFÍQUESE.

En San Juan, Puerto Rico a ___8___ de ___octubre___ de 2010.

CARMEN M. MERCED TORRES
JUEZ SUPERIOR

```
DOMENECH RODRIGUEZ MANUEL ANTONIO
COND EL PARAISO APT 14D
1560 PARANA ST
SAN JUAN  PR


WILLIAM DAVILA DE PEDRO
420 PONCE DE LEON
MIDTOWN SUITE 311
SAN JUAN PR   00918


BANCO POPULAR DE PR
BANKRUPTCY DIVISION
PO BOX 366818
SAN JUAN PR   00936


LUIS A MELÉNDEZ ALBIZU ESQ
URB SAN FRANCISCO
117 AVE DE DIEGO
RIO PIEDRAS PR   00927


RUTH E RODRIGUEZ BORGES
PO BOX 270059
SAN JUAN PR   00927
```