UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

Minute Entry

**Hearing Information:**

Debtor: MANUEL ANTONIO DOMENECH RODRIGUEZ
Adversary Case Number: 10-00144-BKT     Chapter: 7
Date / Time / Room: 11/17/2010 9:00 AM
Bankruptcy Judge: BRIAN K. TESTER
Courtroom Clerk: AIDA MACHARGO
Reporter / ECR: ADA LOPEZ

**Matter:**

Pretrial

**Appearances:**

LUIS A MELENDEZ ALBIZU - ATTORNEY FOR PLAINTIFF
RAFAEL OLIVIERI - ATTORNEY FOR CHAPTER 7 TRUSTEE
WIGBERTO LUGO - CHAPTER 7 TRUSTEE

**Proceedings:**

The Chapter 7 Trustee will be file a Motion to Dismiss within twenty (20) days. The Plaintiff will be file within twenty (20) days a Motion to Lift Stay.

ORDER:

The parties to inform the Court at soon as the state court determines the amounts owed pre-petition.

The Motion to withdraw as legal representative for debtor in the adversary case filed by attorney Emily Davila Rivera (docket #20) is granted.

/S/ BRIAN K. TESTER
U.S. Bankruptcy Judge