IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RUTH E. RODRIGUEZ-BORGES on behalf of her minor daughter A.G.D.R., <br><br> **Appellant-Plaintiff** <br><br> v. <br><br> MANUEL A. DOMENECH RODRIGUEZ, *et al*, <br><br> **Appellee-Defendants.** | CIVIL NO. 11-1853 (JAG) |

**JUDGMENT**

Pursuant to the Opinion and Order issued by this Court on even date (Docket No. 36), this appeal is hereby dismissed **without prejudice**.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 11th day of January, 2012.

S/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
United States District Judge